

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00525-CV

Victor **SOZA**, PAM Transport, Inc., PAM Cartage Carriers LLC f/k/a PAM Dedicated Services, Inc., PAM Transportation Service, Inc.,
Appellants

v.

Martha **GUADALAJARA**, Individually and as Representative of the Estate of Roberto Guadalajara-Garza and as Next Friend of Roberto Ivan Guadalajara, Eduardo Guadalajara, Isaul Guadalajara, and Kimberly Guadalajara, Minors, Edelberto Guadalajara & Maria Del Carmen Guadalajara,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 10-06-25301-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  March 5, 2014

MOTION TO DISMISS GRANTED; DISMISSED

        Appellants have filed an agreed motion to dismiss this appeal.  We grant the motion.  *See*

TEX. R. APP. P. 42.1(a)(2).  Pursuant to the parties' agreement, costs of appeal are taxed against

the party who incurred them.  *See* TEX. R. APP. P. 42.1(d).

PER CURIAM